November 4, 2020

Hon. Lawrence L. Piersol
United States District Judge
District of South Dakota

Re: Dunkelberger v. Story
    4:20-cv-4086-LLP

Your Honor:

I received a copy of the 1915A Screening Order (Doc. 6), directing a Response to my Complaint (Doc. 1) on or before 21 days following the date of service. Subsequently, I was noticed service was performed on September 21.

I have not received a Response from Defendants, not even a Notice of appearance.

Will you please ask Defendants to properly respond and notice me of appearance?

Jason Dunkelberger
11-4-20

Jason Dunkelberger #21359
Plaintiff pro se
P.O. Box 5911
Sioux Falls, SD 57117-5911

Jason Dunkelberger #21359
**DEPARTMENT OF CORRECTIONS**
**STATE PENITENTIARY**
**P.O. Box 5911**
**Sioux Falls, SD 57117-5911**
*Address Service Requested*

SIOUX FALLS SD 570    NEOPOST        FIRST-CLASS MAIL
5 NOV 2020 PM 1 L    11/05/2020
                     US POSTAGE $000.50⁰



ZIP 57104
041M11461503

Office of the Clerk
United States District Court
District of South Dakota
Southern Division
400 S. Phillips Ave., Rm 128
Sioux Falls, SD 57104-6851

57104-665128

