# United States District Court
## District of South Dakota

United States Courthouse
Office of the Clerk
400 South Phillips, Room 128
Sioux Falls, SD 57104

Matthew W. Thelen　　　　　　　　　　　　　　　　　　　　　　　　Telephone
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　(605) 330-6600

November 24, 2020

Jason Dunkelberger  #21359
SOUTH DAKOTA STATE PENITENTIARY
PO Box 5911
Sioux Falls, SD 57117-5911

Re:　　CIV20-4086, Dunkelberger v. Story et al

Dear Mr. Dunkelberger:

Enclosed are copies of USM 285 forms and summons forms re: John Story and Marcus Ditsworth that were returned UNEXECUTED in your case.  Please look in the Remarks section of the enclosed forms for a description of why the United States Marshals Service could not serve the summons.

In an attempt to assist you in having the summons served, I am enclosing an additional summons and USM-285 forms, along with sample completed forms for your assistance.  You must complete a new summons form and a USM-285 form for each form that was returned unserved.

When these forms are properly completed and returned to us, our office will issue the summons and deliver the documents to the United States Marshals Service, who will again try to complete service.

If you have any questions, please advise.

Sincerely,

/s/ Matthew W. Thelen

Matthew W. Thelen
Clerk of Court

MWT: djp
Encl.