UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JASON DUNKELBERGER,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN STORY, STATE MACHINE SHOP SUPERVISOR AT SD STATE PENITENTIARY; IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; MARCUS DITSWORTH, STATE, TEMP. SUPERVISOR AT SDSP MACHINE SHOP; IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND JOHN DOES, UNKNOWN EMPLOYEES OR OTHERS TO BE KNOWN; IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES;<br><br>Defendants. | Case 4:20-CV-04086-LLP<br><br><br><br>**DEFENDANTS STORY AND DITSWORTH'S MOTION FOR SUMMARY JUDGMENT** |

COME NOW Defendants John Story and Marcus Ditsworth (hereinafter "Defendants," "Story," "Ditsworth" or "Story and Ditsworth"), by and through their undersigned attorneys of record, and hereby move this Court for its order granting summary judgment in Movants' favor and against Plaintiff, dismissing Plaintiff's Complaint against Movants in its entirety and on the merits, pursuant to the provisions of Fed. R. Civ. P. 56. The Movants are entitled to summary judgment as a matter of law pursuant to the deliberate indifference standards applied to Plaintiff's claims under 42 U.S.C. § 1983 and due to the qualified immunity of the Movants.

This motion is based on the contents of the file in its entirety and particularly on the Brief in Support of Motion for Summary Judgment, supporting Affidavits of Doug Abraham, John Story and Marcus Ditsworth, and the Movants' Statement of Undisputed Material Facts, all of which are submitted contemporaneously with this Motion.

As set forth in detail Movants' Brief in Support of Summary Judgment, the Defendants are entitled to summary judgment as a matter of law and respectfully request that the Court enter an Order consistent therewith.

Dated this 3rd day of September, 2021.

MAY, ADAM, GERDES & THOMPSON LLP

BY: _____
DOUGLAS A. ABRAHAM
Attorneys for Defendants Story and Ditsworth
503 South Pierre Street
P.O. Box 160
Pierre, South Dakota 57501-0160
Telephone: (605)224-8803
E-mail: daa@mayadam.net

## CERTIFICATE OF SERVICE

Douglas A. Abraham of May, Adam, Gerdes & Thompson LLP hereby certifies that on this the 3rd day of September, 2021, he mailed by United States mail, first class postage thereon prepaid, a true and correct copy of the foregoing motion for summary judgment in the above-captioned action to the following at his last known address, to-wit:

Jason Dunkelberger, #21359
Mike Durfee State Prison
1412 Wood Street
Springfield, SD    57062

_____
Douglas A. Abraham

2