UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JASON DUNKELBERGER,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN STORY, STATE MACHINE SHOP SUPERVISOR AT SD STATE PENITENTIARY; IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; MARCUS DITSWORTH, STATE, TEMP. SUPERVISOR AT SDSP MACHINE SHOP; IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND JOHN DOES, UNKNOWN EMPLOYEES OR OTHERS TO BE KNOWN; IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES;<br><br>      Defendants. | Case 4:20-CV-04086-LLP<br><br><br>**AFFIDAVIT OF DOUG ABRAHAM IN SUPPORT OF DEFENDANTS STORY AND DITSWORTH MOTION FOR SUMMARY JUDGMENT** |

State of South Dakota    )
                         )ss
County of Hughes         )

COMES NOW, Douglas A. Abraham, being first duly sworn, and states as follows:

1.     I am one of the attorneys of record for the Defendants in the above-captioned matter.

2.     Attached to this Affidavit as **Exhibit 1** is a true and correct copy of the Judgment and Sentence dated March 23, 2017.

3.     Attached to this Affidavit as **Exhibit 2** are true and correct copies of Deposition Exhibit 2, photo 3.

4.     Attached to this Affidavit as **Exhibit 3** are true and correct copies of the Cincinnati metal shear including warnings and instructions and the South Dakota State Penitentiary machine shop signs.

5.     Attached to this Affidavit as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Jason Dunkelberger.

Dated this ___3rd___ day of September, 2021.

_____
Douglas A. Abraham

Subscribed and sworn to before me this _3rd_ day of September, 2021.

_____
Notary Public – South Dakota

> MARGARET A. WITHERS
> Notary Public
> (SEAL)
> South Dakota

Notary Print Name:
My Commission Expires:

Margaret A. Withers
My Commission Expires
November 30, 2023

## CERTIFICATE OF SERVICE

Douglas A. Abraham of May, Adam, Gerdes & Thompson LLP hereby certifies that on this the _3rd_ day of September, 2021, I electronically filed the foregoing response with the Clerk of the District Court using the CM/ECF system.

_____
Douglas A. Abraham