| STATE OF SOUTH DAKOTA )<br>: SS<br>COUNTY OF MINNEHAHA ) | IN CIRCUIT COURT<br>SECOND JUDICIAL CIRCUIT |
|---|---|
| | SFPD 201590974 |
| STATE OF SOUTH DAKOTA,<br>    Plaintiff, | 49CRI15008514 |
| vs. | JUDGMENT & SENTENCE |
| JASON WAYNE DUNKELBERGER,<br>    Defendant. | |

*RECEIVED APR 06 2017 SD DOC Central Records*

An Indictment was returned by the Minnehaha County Grand Jury on December 30, 2015, charging the defendant with the crime of Count 1 Robbery 1st Degree on or about December 9, 2015 and a Part II Habitual Criminal Offender Information was filed. The defendant was arraigned upon the Indictment and Information on January 4, 2016, Vicky Reker appeared as counsel for Defendant; and, at the arraignment the defendant entered his plea of not guilty of the charge in the Indictment. The case was regularly brought on for trial, Randy Sample, Deputy State's Attorney appeared for the prosecution and, Michelle Thomas, appeared as counsel for the defendant. A Jury was impaneled and sworn on November 2, 2016 to try the case. The Jury, after having heard the evidence produced on behalf of the State of South Dakota and on behalf of the defendant on November 3, 2016 returned into open court in the presence of the defendant, returned its verdict: "We the Jury, find the defendant, JASON WAYNE DUNKELBERGER, guilty as charged as to Count 1 Robbery 1st Degree (SDCL 22-30-1 and 22-30-6)."

The defendant returned to Court on December 9, 2016, with counsel, Michelle Thomas and the State was represented by Deputy State's Attorney, Randy Sample; at which time the defendant entered a plea of guilty as to the Part II Habitual Criminal Offender Information (SDCL 22-7-7), with sentencing continued to March 21, 2017.

Thereupon on March 21, 2017, the defendant was asked by the Court whether he had any legal cause why Judgment should not be pronounced against him. There being no cause, the Court pronounced the following Judgment and

## SENTENCE

AS TO COUNT 1 ROBBERY 1ST DEGREE/HABITUAL OFFENDER : JASON WAYNE DUNKELBERGER shall be imprisoned in the South Dakota State Penitentiary, located in Sioux Falls, County of Minnehaha, State of South Dakota for twenty-five (25) years, consecutive to CRI#15-8376.

It is ordered that the defendant pay $104.00 court costs, $5,800.00 in attorney fees and is adjudicated liable to pay restitution in the amount of $1,406.00 (payable to Jackson's Casino) through the Minnehaha County Clerk of Courts; which shall all be collected by the Board of Pardons and Paroles.

JASON WAYNE DUNKELBERGER, 49CRI1500851
Page 1 of 2


EXHIBIT 1

It is ordered that the defendant shall provide a DNA sample upon intake into the South Dakota State Penitentiary or the Minnehaha County Jail, pursuant to SDCL 23–5A–5, provided the defendant has not previously done so at the time of arrest and booking for this matter.

The defendant shall be returned to the Minnehaha County Jail following court on the date hereof, to then be transported to the Penitentiary; there to be kept, fed and clothed according to the rules and discipline governing the South Dakota State Penitentiary.

Dated at Sioux Falls, Minnehaha County, South Dakota, this 23rd day of March, 2017.

BY THE COURT:

ATTEST:
ANGELIA M. GRIES, Clerk
By: _____ Deputy

JUDGE RODNEY STEELE
Circuit Court Judge

FILED
MAR 27 2017
Minnehaha County, S.D.
Clerk Circuit Court

JASON WAYNE DUNKELBERGER, 49CRI15008514
Page 2 of 2