

**Claims Associates, Inc.**
PO Box 1898
Sioux Falls, SD 57103
(605) 333-9810

Insurance Company: PEPL
Claim or Policy #: GC17.91342
Insured: State Pen
Date of Loss: 06/13/17
Claimant: Jason Dunkelberger



Photo #: 1
Date: 06/20/17
Description: Cincinnati Metal Shear





Photo #: 2
Date: 06/201/7
Description: Step pedal to operate blade.






Claims Associates, Inc.
PO Box 1898
Sioux Falls, SD 57103
(605) 333-9810

Insurance Company: PEPL
Claim or Policy #: GC17.91342
Insured: State Pen
Date of Loss: 06/13/17
Claimant: Jason Dunkelberger



Photo #: 3
Date: 06/20/17
Description: Holding cylinder that crushed fingers.



Photo #: 4
Date: 06/201/7
Description: Make & model tag