CA **Claims** **Claims Associates**
ASSOCIATES



17   8-20210819_101526            Date Taken: 8/19/2021

Cincinnati metal shear - Manufacturer label

**Claims** Claims Associates
ASSOCIATES



19      12-20210819_101554              Date Taken: 8/19/2021
        Cincinnati metal shear - Manufacturer label



**Claims** Claims Associates
ASSOCIATES



Machine Shop Equipment Safety Instructions

Metal Shears

**Safety Procedures**

1. Safety Glasses.
2. Clear deck of all debris.
3. Clear spillway of all debris.
4. Clear floor and machine of debris.
5. Keep fingers clear of depressors and blade.

**Operational Procedures**

1. Obey material thickness limits!!!
   Cincinnati – ¼" max.
   Wisong – 12 ga. max.
2. Make sure machine is on before pressing the cut bar.
3. Check back gauge for clearance.
4. DO not insert material before turning on machine.
5. DO not hold onto small pieces which are not under a depressor.
6. Make sure everyone is clear behind the machine.
7. Clear spillway of scraps!!!

If you are not trained on this machine DO NOT operate!!!

16    5-20210819_101457          Date Taken: 8/19/2021
Cincinnati metal shear - Safety Instructions

**Claims** Claims Associates
ASSOCIATES



15    4-20210819_101448                Date Taken: 8/19/2021

Cincinnati metal shear - distance from on / off switch to safety instructions

**CA** **Claims** Claims Associates
ASSOCIATES



10      13-20210819_101605           Date Taken: 8/19/2021
        Cincinnati metal shear - user operation side

**Claims** **Claims Associates**
ASSOCIATES



2    17-20210819_101806          Date Taken: 8/19/2021

Metal shop signage - posted at the entrance

**CA Claims** Claims Associates
ASSOCIATES



3      18-20210819_101811          Date Taken: 8/19/2021

Metal shop signage - posted at the entrance