UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JASON DUNKELBERGER, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN STORY, STATE MACHINE SHOP SUPERVISOR AT SD STATE PENITENTIARY; IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; MARCUS DITSWORTH, STATE, TEMP. SUPERVISOR AT SDSP MACHINE SHOP; IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND JOHN DOES, UNKNOWN EMPLOYEES OR OTHERS TO BE KNOWN; IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES; <br><br> Defendants. | Case 4:20-CV-04086-LLP <br><br><br> **AFFIDAVIT OF JOHN STORY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

State of South Dakota    )
                         )ss
County of Minnehaha      )

COMES NOW, John Story, being first duly sworn, and states as follows:

1.      On June 13, 2017, the date Jason Dunkelberger was injured, I was not in the South Dakota State Penitentiary machine shop as I was away on medical leave.

2.      At that time I generally oversaw the operations of the South Dakota State Penitentiary machine shop as its supervisor and trained inmates in the safe operation of equipment and machinery in the machine shop.

3.      I did not direct Jason Dunkelberger to use the metal shear.

4.      I had no knowledge that Jason Dunkelberger was not trained on the metal shear and was using it contrary to South Dakota State Penitentiary policy.

5.      At the time Jason Dunkelberger was injured, the Cincinnati metal shear Mr. Dunkelberger utilized had original equipment manufacturer warnings concerning its use as

well as operational instructions and warnings provided by South Dakota State Penitentiary directly adjacent to the machine's on/off switch.

6.    At all times Jason Dunkelberger was working in the South Dakota State Penitentiary machine shop he had work gloves issued by the machine shop.

7.    Leather work gloves and welding gloves were the only gloves capable of being issued by the machine shop.

8.    At no time did I become aware of any physician's orders directing Jason Dunkelberger to receive "warm gloves," but I nonetheless ensured that work gloves were available to Mr. Dunkelberger at all times while he was employed in the South Dakota State Penitentiary machine shop.

9.    The machine shop equipment safety instructions posted on the front of the Cincinnati metal shear at the time Jason Dunkelberger was injured identifies both safety procedures and operational procedures as follows:

Safety Procedures:
1.    Safety glasses.
2.    Clear deck of all debris.
3.    Clear spillway of all debris.
4.    Clear floor and machine of debris.
5.    Keep fingers clear of the pressers and blades.

Operational Procedures:
1.    Obey material thickness limits!!!
        Cincinnati –
        1/4 inch max.
        Wisong – 12 ga. max.
2.    Make sure machine is on before pressing the cut bar.
3.    Check back gauge for clearance.
4.    DO not insert material before turning on machine.
5.    DO not hold onto small pieces which are not under a depresser.
6.    Make sure everyone is clear behind the machine.
7.    Clear spillway of scraps!!!
        If you are not trained on this machine DO NOT operate!!!

10.    At the time Jason Dunkelberger suffered his injury, the machine shop had a large, posted sign of shop policy which stated: "Attention: no one is authorized to operate any machine without being fully trained and signed off on that specific unit. No exceptions! – Shop Supervisor – ".

2

11.    At the time Jason Dunkelberger was injured, an original manufacturer warning sign was present on the front of the Cincinnati metal shear approximately 24 inches from the on/off switch for the machine and that sign read:

> DANGER
> To reduce the possibility of injury . . .
> DO NOT PLACE YOUR HANDS BETWEEN THE KNIVES OR BENEATH HOLD DOWNS.
> DO NOT PLACE YOUR HANDS BETWEEN MATERIAL BEING SHEARED AND SHEAR TABLE.
> ALWAYS READ AND UNDERSTAND THE OPERATION, MAINTENANCE AND SAFETY MANUAL BEFORE OPERATING OR SERVICING THIS SHEAR.

12.    At the time Jason Dunkelberger was injured, the front of the Cincinnati metal shear contained an original equipment manufacturer safety guidelines list that read as follows:

> Safety guidelines.
> Shear
> - Read and understand the operation and safety manual.
> - Know how to use the operator controls and modes of operation.
> - Operate only with safeguard properly installed.
> - Know the set up and proper method of operation.
> - Test all the required operator control stations and modes of operation before each shift, each job run and after each break.
> - Make certain the piece part will be clamped by enough hold downs to avoid plate "tip up".
> - Make certain hold down pressure is set according to the manual – avoid plate tip up".
> - Do not shear material that will "tip up" when being cut.
> - Do not place your hands between the knives or under the hold downs.
> - Do not place your hands between material being sheared and the shear table.
> - Use hand tools for small or narrow piece parts.
> - Make certain everyone is clear of front and rear of shear before operating.
> - Turn "off" or lock out operator controls when not operating shear.
> - When you leave the shear:
>   - Turn "off" or lock out operator controls.
>   - Turn the power "off".

3

13.   I am not aware of any inmate other than Mr. Dunkelberger ever being injured on the Cincinnati metal shears.

Dated this ___1___ day of _____September___, 2021.

John Story

Subscribed and sworn to before me this __1st__ day of __September__, 2021.

Notary Public – South Dakota

(SEAL)

Notary Print Name:
My Commission Expires:

Valerie McGovern
NOTARY PUBLIC
SOUTH DAKOTA
SEAL
My Commission Expires 7/7/2026

4