# GENERAL AFFIDAVIT

The undersigned, _Dunkelberger  Jason_ , being duly sworn, hereby deposes and states:

mr. Dunkelberger was working in the machine shop in 2017. mr Dunkelberger had recieved some training on different machines. The training was done by Troy Hause the lead in the machine shop. John Story would tell Troy Hause what machines he wanted mr. Dunkelberger to get some training on when there was time. John Story had left on medical leave mr. Ditsworth was his replacement on 6-13-2017. Troy Hause told mr. Dunkelberger Mr. Ditsworth wanted mr. Dunkelberger to do what Troy Hause wanted mr Dunkelberger to do so they could get the project completed. Mr. Dunkelberger asked mr. Ditsworth if thats what he wanted mr. Dunkelberger to do. mr Ditsworth said yes do what Troy Hause wants you to do so the project could get done by the end of the day. mr Dunkelberger asked Troy Hause the lead in the shop what he wanted Mr. Dunkelberger to do. Troy Hause the lead in the shop told mr Dunkelberger to go cut about 10 squares in half to make triangle gussets. Mr Dunkelberger told Troy Hause his training had not been completed yet. mr Dunkelberger was told his training could be completed later. mr Dunkelberger went and used the metal shear to cut about 20 gussets because it was ¼ inch thick steal mr Dunkelberger had to use the Cincinnati metal shear it was the only machine that could cut that thick of steal. Troy Hause was installing them on the project at hand. Troy Hause told mr. Dunkelberger to go cut six more gussets. mr Dunkelberger went to cut the gussets when he got his fingers crushed under the depressors on the

Page 1 of 2

metal shear, mr Dunkelberger told the closest person to him he needed to go to medical, Jeremy Albers took mr Dunkelberger to the office were mr Ditsworth was, mr Ditsworth took mr Dunkelberger up to medical at this time, mr Ditsworth went and got mr. Dunkelbergers finger tips and brought them up to medical so they could go to the hospital with him. Mr Dunkelberger was transported to AverA were mr, Dunkelberger finger tips were amputated because there was to much damage for Any other option, mr Dunkelberger was back in his cell by 3:30 pm the same day.

Dated this __24__ day of __September__ , __2021__ .

By _____
Undersigned

(S E A L)

KELLY L. TJEERDSMA
NOTARY PUBLIC
SOUTH DAKOTA
SEAL    SEAL

As sworn to before me this __24__ day of __September__ , 2020

My commission expires My Commission Expires Oct. 5, 2024 .

State of __South Dakota__ .

Notary Public _____ .