UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JASON DUNKELBERGER, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN STORY, STATE MACHINE SHOP SUPERVISOR AT SD STATE PENITENTIARY; IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; MARCUS DITSWORTH, STATE, TEMP. SUPERVISOR AT SDSP MACHINE SHOP; IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND JOHN DOES, UNKNOWN EMPLOYEES OR OTHERS TO BE KNOWN; IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES; <br><br> Defendants. | Case 4:20-CV-04086-LLP <br><br><br> **DEFENDANTS STORY AND DITSWORTH'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

COME NOW, Defendants John Story and Marcus Ditsworth, and pursuant to Rule 56 of the Fed. R. Civ. Pro., and Local Rule 56.1(b) and submits this Statement of Undisputed Material Facts.

1.  On November 3, 2016, Dunkelberger was convicted by jury in Minnehaha County of robbery in the first degree. *See* Judgment and Sentence attached to the Affidavit of Doug Abraham as Exhibit 1.

2.  On December 9, 2016, Dunkelberger pled guilty to a Habitual Offender Information with sentencing continued to March 21, 2017. *Id.*

3.  On March 21, 2017, Dunkelberger was sentenced to 25 years in the South Dakota State Penitentiary consecutive to a separate suspended file CRI #15-8376. *Id.*

5b

4.    John Story was the South Dakota Department of Corrections, South Dakota State Penitentiary Machine Shop Supervisor from 2011 until November, 2018. Story was not in the machine shop on June 13, 2017, the date of Dunkelberger's injury. *See* Affidavit of John Story ¶ 1.

5.    Story oversaw the general operation of the South Dakota State Penitentiary Machine Shop and trained inmates in the safe operation of equipment and machinery in the machine shop. *Id* at ¶ 2.

6.    Story ensured inmates working in the State Penitentiary Machine Shop had work gloves and other necessary safety equipment. Story had no access or ability to issue other clothing items to inmates. *Id.* at ¶¶ 2-7.

7.    On June 13, 2017, Marcus Ditsworth was acting as the temporary Machine Shop Supervisor as Story was away on medical leave. *See* Affidavit of Marcus Ditsworth ¶ 1.

8.    On June 13, 2017, Dunkelberger was cutting metal gussets in a Cincinnati metal shear in the SDSP machine shop when he placed two fingers under the material depressor and his fingertips were severed. *See* Dunkelberger deposition excerpts pp. 37 through 40, attached to the Affidavit of Doug Abraham as Exhibit 4; *see generally*, Complaint.

9.    Dunkelberger was then immediately escorted to medical services at the South Dakota State Penitentiary and eventually transported to Avera in Sioux Falls for further treatment and surgery. *See* Dunkelberger deposition excerpts pp. 41, 42, attached to the Affidavit of Doug Abraham as Exhibit 4; *see* Complaint p. 8 ¶ M.

10.   At the time Dunkelberger suffered his injury, the metal shop had a posted sign of shop policy which stated: "Attention: no one is authorized to operate any machine without being fully trained and signed off on that specific unit. No exceptions! – Shop Supervisor – ". *See*

2

Affidavit of John Story ¶ 10; photograph of sign attached to Affidavit of Doug Abraham as Exhibit 3.

11.    The sign requiring training was in place at the time Dunkelberger was injured. The sign is located in close proximity to the machine Dunkelberger was injured upon. *See* Affidavit of John Story ¶ 10; *See* Affidavit of Marcus Ditsworth ¶ 10, photograph of sign and shear attached to Affidavit of Doug Abraham as Exhibit 3.

12.    The Cincinnati metal shear had two manufacturer's warnings and a third warning procedure placed on the front of the machine by South Dakota State Penitentiary metal shop staff.  All warnings were in place at the time of Dunkelberger's injury. *See* Affidavit of John Story ¶¶ 5-12.

13.    The machine shop equipment safety instructions posted on the front of the Cincinnati metal shear identified both safety procedures and operational procedures.  The instructions, which are located approximately 18 inches from the on/off switch for the Cincinnati metal shear are as follows:

Safety Procedures:
1.    Safety glasses.
2.    Clear deck of all debris.
3.    Clear spillway of all debris.
4.    Clear floor and machine of debris.
5.    Keep fingers clear of the pressers and blades.

7h

Operational Procedures:
1.      Obey material thickness limits!!!
                Cincinnati –
                1/4 inch max.
                Wisong – 12 ga. max.
2.      Make sure machine is on before pressing the cut bar.
3.      Check back gauge for clearance.
4.      DO not insert material before turning on machine.
5.      DO not hold onto small pieces which are not under a depresser.
6.      Make sure everyone is clear behind the machine.
7.      Clear spillway of scraps!!!
        If you are not trained on this machine DO NOT operate!!!

*See* Affidavit of John Story ¶ 9; photograph of instructions attached to Affidavit of Doug Abraham as Exhibit 3.

14.    At the time Dunkelberger was injured, an original equipment manufacturer warning sign was present on the front of the Cincinnati press approximately 24 inches from the on/off switch for the machine. That warning sign reads as follows:

DANGER
To reduce the possibility of injury . . .
DO NOT PLACE YOUR HANDS BETWEEN THE KNIVES OR BENEATH HOLD DOWNS.
DO NOT PLACE YOUR HANDS BETWEEN MATERIAL BEING SHEARED AND SHEAR TABLE.
ALWAYS READ AND UNDERSTAND THE OPERATION, MAINTENANCE AND SAFETY MANUAL BEFORE OPERATING OR SERVICING THIS SHEAR.

*See* Affidavit of John Story ¶ 11; photograph of warning attached to Affidavit of Doug Abraham as Exhibit 3.

15.    On the opposite side of the Cincinnati press an original equipment manufacturer safety guidelines list was posted on the metal shear and was present at the time Dunkelberger severed his fingers. The safety guideline's warning read as follows:

4

Safety guidelines.
Shear

- Read and understand the operation and safety manual.
- Know how to use the operator controls and modes of operation.
- Operate only with safeguard properly installed.
- Know the set up and proper method of operation.
- Test all the required operator control stations and modes of operation before each shift, each job run and after each break.
- Make certain the piece part will be clamped by enough hold downs to avoid plate "tip up".
- Make certain hold down pressure is set according to the manual – avoid plate tip up".
- Do not shear material that will "tip up" when being cut.
- Do not place your hands between the knives or under the hold downs.
- Do not place your hands between material being sheared and the shear table.
- Use hand tools for small or narrow piece parts.
- Make certain everyone is clear of front and rear of shear before operating.
- Turn "off" or lock out operator controls when not operating shear.
- When you leave the shear:
  - Turn "off" or lock out operator controls.
  - Turn the power "off".

*See* Affidavit of John Story ¶ 12; photograph of guidelines attached to Affidavit of Doug Abraham as Exhibit 3.

16.    At all times Dunkelberger was working in the South Dakota State Penitentiary machine shop he had work gloves issued by the metal shop. *See* p. 42 lines 9 through 25 and p. 43, lines 1 through 24 of Dunkelberger deposition excerpts attached to the Affidavit of Doug Abraham as Exhibit 4.

17.    Dunkelberger's fingers were severed when he placed them underneath the material depressers warned of on the original equipment manufacturer's warning and the South Dakota State Penitentiary metal shop warning. *See* generally Complaint; *see* p. 38 lines 6

9b

through 25, p. 39 lines 1 through 17 of Dunkelberger deposition excerpts attached to the Affidavit of Doug Abraham as Exhibit 4; *see* Deposition Exhibit 2, photo 3 attached to the Affidavit of Doug Abraham as Exhibit 2.

18.    Neither Story nor Ditsworth instructed Dunkelberger to operate the metal shear that he was utilizing when he was injured.  Another inmate named Troy Hause instructed Dunkelberger to use the metal shear.  See p. 28 lines through 23 of Dunkelberger deposition excerpts attached to the Affidavit of Doug Abraham as Exhibit 4; *see also* Story Affidavit ¶ 3; Ditsworth Affidavit ¶ 3.

19.    Dunkelberger did not inform Marcus Ditsworth that he was not trained to operate the metal shear prior to using it. *See* Dunkelberger deposition excerpts attached to the Affidavit of Doug Abraham as Exhibit 4 at page 29 lines 1-23, p. 36 lines 17-25, p. 37 lines 1-2.

20.    Dunkelberger admitted that Ditsworth had no knowledge that Dunkelberger was not trained on the metal shear. *Id.* at p. 29 lines 21-23.  Neither Story nor Ditsworth instructed Dunkelberger to use the metal shear that he was not trained on. *Id.* at p. 36 line 25, p. 37 lines 1-2.

21.    Prior to suffering his injury, Dunkelberger had used the metal shears to cut approximately 20 other metal gussets. *See id.* at p. 48 line 25, p. 49 lines 1 through 13.

22.    Neither Story nor Ditsworth are aware of any prior inmate injuries from use of the Cincinnati metal shear. *See* Affidavit of John Story ¶ 13; *See* Affidavit of Marcus Ditsworth ¶ 14.

23.    Story was not in the machine shop on the date of Dunkelberger's injury and had no knowledge of Dunkelberger's use of the metal shear or of the project Dunkelberger was

10b

undertaking on the date he was injured. *See* Dunkelberger deposition excerpts attached to the

Affidavit of Doug Abraham as Exhibit 4 at page 29 lines 23-25, page 30, lines 1-17.

Dated this 3rd day of September, 2021.

MAY, ADAM, GERDES & THOMPSON LLP


BY: _____
DOUGLAS A. ABRAHAM
Attorneys for Defendants Story and Ditsworth
503 South Pierre Street
P.O. Box 160
Pierre, South Dakota 57501-0160
Telephone: (605)224-8803
E-mail: daa@mayadam.net


## CERTIFICATE OF SERVICE

Douglas A. Abraham of May, Adam, Gerdes & Thompson LLP hereby certifies that on this the 3rd day of September, 2021, he mailed by United States mail, first class postage thereon prepaid, a true and correct copy of the foregoing Notice of Deposition in the above-captioned action to the following at his last known address, to-wit:

Jason Dunkelberger, #21359
Mike Durfee State Prison
1412 Wood Street
Springfield, SD    57062


_____
Douglas A. Abraham

11b