1. On November 3, 2016 was convicted by Jury in Minnehaha County of robbery in the first degree, see Judgment and sentence attached Exhibit 1

2. On December 9, 2016 Dunkelberger pled guilty to a Habitual Offender Information with Sentencing continued to March 21, 2017 Exhibit 1

3. On March 21, 2017 Dunkelberger was sentenced to 25 years in the South Dakota state Penitentiary consecutive to a separate suspended file CRI # 15-8376 Exhibit 1

4. John Story was still the machine shop supervisor on June 13, 2017. It is his responsibility to inform his replacement of the training still needed in his shop so the replacement can run the shop safely

5. Part of mr Storys Job as a supervisor was to train inmates in the Safe operations of equipment and machinery in the machine shop. Not passing this information on to his replacement. The defendants by there failures to instruct or inform mr Dunkelberger of how to safely use the powered metal shear not providing mr Dunkelberger with any safety equipment to use while operating the shears not labeling the safety features or dangers of the machine " Do Not Place Fingers near Cylinders"

continuation

exhibited a state - created danger that demonstrated their deliberate indifference to mr. Dunkelberger safety and physical well - being

6  mr story did ensure that inmates in the machine shop had work gloves

7. Defendents acted or failed to act despite the fact that they each knew or should have known that the powered metal shears were not safe to operate without at least some instruction in how it operated and the substantial risk of serious harm the machine presented without that instruction. They placed mr Dunkelberger in a position by there failures of danger he would not have faced had he known how the machine safely operated.

8  Pursuant to the incident report completed by mr Ditsworth on June 13, 2017 at 0910 hours mr Dunkelberger was trying to cut a small piece of metal using the metal shears in the SDSP machine shop and was not aware the cylinder in front pressed down and consequenty smashed the index and middle fingertips of his left dominant hand By his report, mr Ditsworth knew the shear has cylinders on the front of it that pull the shear blade down

9. mr Dunkelberger will need more medical Services and more medical bills will be accumulated for any further surgical interventions and any medications needed for pain because mr Dunkelberger has hypersensitivity on both fingers and permanent nerve damage to both fingers mr Dunkelberger does have a release date. mr Dunkelberger will have to pay for any thing needed after that him self.

10. Do The defendents have any photos of the posted signage in 2017? The photo's of the Signage were taken 8-19-21. That is 2 years and 2 months after the accident. Dates of the photos are in Exhibit 3 cincinnati metal shear- manufacturer label date taken 8-19-2021 the Cincinnati metal shear - safety instructions Taken 8-19-2021 the Cincinnati metal shear distance from on/off switch to safety instructions taken 8-19-2021 the Cincinnati metal shear - user operations side taken 8-19-2021 show one decal has been added and the safety instructions have been added they are not on the photo's on Exhibit 2 taken in 6-20-17 Photo #1 no safety instructions 18 inches Away from on/off switch Photo #2 no pinch point decal taken 6-20-17. this shows the desendants are not being truthful to the courts about all this signage being

ontinuation

10 posted on the machines and the signage posted at the entrance of the shop. "Fed. R. Civ. P. 56." (dispute as to any material fact). "That the fact is not supported by addmissible evidence, a party may object that the material cited to support or dispute a fact cannot be presented in a form that would be admissible in evidence." If the defendents can not produce pictures of all the posting and signage from 2017 they should not be able to use them. The photos listed are taken after the accident 2year and 2months after the accident.

11 Do the defendents have any photos of this sign in 2017? The photo of the CINCINNATi metal shear Photo #1 Exhibit 2 the defendents said all the signage was on the machine but the CINCINNATi metal shear- user operation side shows the defendents are not being truthful to the court about all the signage being there in 2017 when you can look at the photos and see signage has been added.

12. The signage on the CINCINNATe metal shear had no labels saying pressdowns here and where they are located, nor was mr. Dunkelberger instructed where and how to protect his fingers the defendant were negligint in demonstrating there deliberate indifference to mr. Dunkelberger's safety and physical well-being

13. The photo's from 6-20-17 show in photo #1 that there safety Procedures and operational Procedures were not on the machine 18 inches from the on/off on the Cincinnati. the photo the defendants took in 8-19-2021 shows the defendants are not being truthful saying All the signage was on the machine when Exhibit 2 Photo #1 show's they were clearly not on the machine on 6-20-17!

14. mr Dunkelberger clearly did not know were the hold downs are located they are not visable until the machine is in operation. they come out after the pedal is pushed. this is in the incident report.
Exhibit 2    incident Report
The defendants by their failures to instruct or inform mr Dunkelberger of how to safely use the powered metal shears, not providing mr Dunkelberger with any safety equipment to use while operating the shears not labeling the safety features or dangers of the machine Do not Place Fingers Near these cylinders - Shows the defendants negligence by Not Creating a safe work environment for mr Dunkelberger

15. The original equipment safety guidlines does not have the location of the hold downs Defendants acted or failed to act despite the fact they each knew or should of known that the powered metal shear were not safe to operate without at least some instruction in how it operated

continuation

15 and the substantial risk of serious harm the machine presented without that instruction they placed mr Dunkelberger in a position by their failures of danger he would not have faced had he known how the machine safely operated.

16 yes at all times Dunkelberger was working in the SDSP. machine shop he had work glove issued by the machine Shop see p. 42 lines 9 through 25 and p. 43 lines 1 through 24 of Dunkelberger deposition excerpts attached to the affidavit of Doug Abraham as Exhibit 4 The South Dakota State Penitentiary has failed to issue any for out side rec. mr Dunkelberger understands that is not up to the machine Shop to issue them. besides any activitys other than work.

17. mr Dunkelberger fingers were crushed when he placed them underneath the metal depressers warned of on the original manufacturer's warnings mr Dunkelberger was not instructed where and how to protect his fingers when using the shears. see Exhibit 2 the inmate Dunkelberger was not aware the cylinders in the front pressed down. There were no decals indicating were the depressors were located on the machine if mr Dunkelberger was trained he would of know were they were located on the machine. The depressors come down for a second to hold the metal down when being cut. They can not be seen any other time to see them you have to lean down and watch the TOP of the metal

18 neither story or Ditsworth instructed Dunkelberger to operate the metal shear that he was utilizing when he was injured. Ditsworth had told Dunkelberger to do what Troy House need Dunkelberger to do so they could get the project done by the end of the day. So Dunkelberger was instructed by Ditsworth to do what House needed him to do to get the project done. Ditsworth was the machine shop supervisor on 6-13-2017 who instructed Dunkelberger to do what House wanted him to do to get the project done House was the lead in the shop at the time of incident put in that spot by story The supervisors give you a project tell you when to be done they don't tell you what machines to use to do it.

19 Defendant's acted or failed to act despite the fact they each knew or should have known that Dunkelberger was not trained on the metal shear mr storys own admission that was his job safety training & safety operations see affidavit of John story # 2

20 mr Dunkelberger amitted theres no reason that Ditsworth knew that he was not trained on the machine. There is also no reason that if you are the boss of A shop it is your Job to know the who's whats, when's and were's and the workings of that shop that story's and Ditsworth's responsibility.

21. yes mr Dunkelberger cut about 20 gussets on the machine Dunkelberger never knew were the press downs were Dunkelberger smashed his fingers on 6-13-2017 at that time they 100% knew Dunkelberger was not trained on the Cincinnati metal shear after Dunkelberger was released back to full duties at the SDSP machine shop on 8-17-2017 Dunkelberger should of been trained then. He was not trained until 10-23-2019 thats 26 months Dunkelberger worked in the MAchive Shop with no training see Ex. #6 2years 2months not trained

## Injury

Defendants story, Ditsworth under Color of law and contrary to their duty and responsibility placed mr Dunkelberger in harms way by the unsafe operations of equipment of which he was not familar with equipment failed to display any Clear warnings to say were the hold downs were and where the pinch points were which failures caused the necessary Crushing of mr Dunkelberger #2 and #3 finger tips of his left dominant hand which failures violated mr Dunkelberger right to be free from cruel and unusual punishment as granted by a clause of the eight Amendment to the constitution of the united States

How Projects are hand out in the shop When Story or Ditsworth give a inmate a project to do. They give you the information on what needs to be built and when it needs to be done (finish DATe) They don't tell anybody what tools or machines to use or not to use

#21359

JASon Dunkelberger
mike Durfee State Prison
1412 wood Street
Springfield SiD 57062

quadient
FIRST-CLASS MAIL
$002.56 °
10/04/2021 ZIP 57062
043M30214236
US POSTAGE

Clerk of Courts
400 S. Phillips Ave Rm 128
Sioux Falls S.D. 57104-6851

LEGAL
MAIL

