UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JASON DUNKELBERGER,<br><br>　　　Plaintiff,<br><br>vs.<br><br>JOHN STORY, STATE MACHINE SHOP SUPERVISOR AT SD STATE PENITENTIARY; IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; MARCUS DITSWORTH, STATE, TEMP. SUPERVISOR AT SDSP MACHINE SHOP; IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND JOHN DOES, UNKNOWN EMPLOYEES OR OTHERS TO BE KNOWN; IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES;<br><br>　　　Defendants. | Case 4:20-CV-04086-LLP<br><br><br>**SUPPLEMENTAL AFFIDAVIT OF DOUG ABRAHAM** |

State of South Dakota　　　)
　　　　　　　　　　　　　　 )ss
County of Hughes　　　　　 )

COMES NOW, Douglas A. Abraham, being first duly sworn, and states as follows:

1.　　　I am one of the attorneys of record for the Defendant John Story and Marcus Ditsworth in the above-captioned matter.

2.　　　Attached to this Affidavit as **Exhibit A** is a true and correct copy of Dunkelberger deposition Exhibit 2.

Dated this ___13th___ day of October, 2021.

_____
Douglas A. Abraham

Subscribed and sworn to before me this _13th_ day of October, 2021.

_Margaret A Withers_
Notary Public – South Dakota

MARGARET A. WITHERS
NOTARY Public
SEAL
South Dakota

Notary Print Name:
My Commission Expires:

Margaret A. Withers
My Commission Expires
November 30, 2023

## CERTIFICATE OF SERVICE

Douglas A. Abraham of May, Adam, Gerdes & Thompson LLP hereby certifies that on this the ____ day of October, 2021, I electronically filed the foregoing Supplemental Affidavit with the Clerk of the District Court using the CM/ECF system.

Douglas A. Abraham also certifies that on this the ____ day of October, 2021, he mailed by United States mail, first class postage thereon prepaid, a true and correct copy of the foregoing Supplemental Affidavit in the above-captioned action to the following at his last known address, to-wit:

> Jason Dunkelberger, #21359
> Mike Durfee State Prison
> 1412 Wood Street
> Springfield, SD   57062

Dated this ____ day of October, 2021.

MAY, ADAM, GERDES & THOMPSON LLP

BY:_____
DOUGLAS A. ABRAHAM
Attorneys for Defendants Story and Ditsworth
503 South Pierre Street
P.O. Box 160
Pierre, South Dakota 57501-0160
Telephone: (605)224-8803
E-mail: daa@mayadam.net

2