

Claims Associates, Inc.
PO Box 1898
Sioux Falls, SD 57103
(605) 333-9810

Insurance Company: PEPL
Claim or Policy #: GC17.91342
Insured: State Pen
Date of Loss: 06/13/17
Claimant: Jason Dunkelberger



Photo #: 1
Date: 06/20/17
Description: Cincinnati Metal Shear





Photo #: 2
Date: 06/201/7
Description: Step pedal to operate blade.



**CLAIMS**

Claims Associates, Inc.
PO Box 1898
Sioux Falls, SD 57103
(605) 333-9810

Insurance Company: PEPL
Claim or Policy #: GC17.91342
Insured: State Pen
Date of Loss: 06/13/17
Claimant: Jason Dunkelberger



Photo #: 3
Date: 06/20/17
Description: Holding cylinder that crushed fingers.



Photo #: 4
Date: 06/201/7
Description: Make & model tag



**CLAIMS Associates**

Claims Associates, Inc.
PO Box 1898
Sioux Falls, SD 57103
(605) 333-9810

Insurance Company: PEPL
Claim or Policy #: GC17.91342
Insured: State Pen
Date of Loss: 06/13/17
Claimant: Jason Dunkelberger



Photo #: 5
Date: 06/20/17
Description: Shear number



Photo #: 6
Date: 06/20/17
Description: Safety instructions





# REPORT OF ACCIDENT, INCIDENT, OR UNSAFE CONDITION
## (NON-STATE AUTOMOBILE)
### BUREAU OF ADMINISTRATION          OFFICE OF RISK MANAGEMENT
Phone (605)773-5879   Fax (605)773-5880

| Department/Bureau DOC | Agency/Division DOC | Date of Accident 6-13-17 | Time of Accident 09:10 | ✓ AM ☐ PM |
|---|---|---|---|---|
| Type ✓ Accident ☐ Incident ☐ Unsafe Condition | | Location of Accident, Incident, or Unsafe Condition | | |

**Employee Completing Report**

| Name LT. J. Becker | | | DOB | |
|---|---|---|---|---|
| Title Lieutentant | ☐ Temporary ✓ Permanent | Work Phone 605-367-5018 | Home Phone | |

**Person Involved in the Accident or Incident**

| Name Jason Dunkelberger | | DOB 9-26-1974 |
|---|---|---|
| Address 1600 N. Drive State Penn Sioux Falls, SD 57117 | Home Phone NA | Occupation inmate |
| Business Address | | Business Phone |

What was the person involved doing at the time of the accident or incident?
Opperating a metal shear in the prison shop.

**Injury**

What was the nature and extent of the injury? Left index finger tip cut off left middle finger smashed.
Was first-aid administered? ✓ Yes ☐ No   If yes, by whom? HS Nurse Vince
Describe the type of first-aid treatment given. cleaned and covered the wound
Was medical treatment administered? ✓ Yes ☐ No   If yes, by whom? ER DR Avera McKennen ER

| Name and address of medical facility 1325 S. Cliff Ave. Sioux Falls, SD 57105 | Did accident result in fatality? ☐ Yes ✓ No |
|---|---|

**Property Damage**

| Owner (include address and phone) | Damage description (include estimated repair costs) |
|---|---|
| | |

**Witnesses**

| Name (include address and phone #) MARCUS DITSWORTH Shop supervisor 367-5151 1600 N Drive Sioux Falls, SD 57117 | Name (include address and phone #) |
|---|---|

**Accident Description**

Inmate Jason Dunkleberger ID#21359 was operating the shear. He was trying to cut a small piece of metal so his hands were close to the shear. The shear has cylinders on the front of it that pull the shear down. On the bottom of the cylinders their is a stationary pad that does not move put the cylinder inside presses down. Dunkleberger cut off the tip of the pointing finger and mashed his middle finger on his left hand. The Inmate was not aware the cylnder in front pressed down. This happened at 9:10am

**Legal**

Law Enforcement Contacted ☐ Yes ✓ No   Name of Law Enforcement Agency SDDOC internal.

Signature *(type name in signature box if submitting electronically)*

| Employee Signature: | Date: |
|---|---|
| Authorized Agency Signature: | Date: |

Make copy for your records and send original to: *Office of Risk Management   1429 East Sioux   Pierre, SD 57501*
NOTE: THIS REPORT DOES NOT CONSTITUTE A CLAIM AGAINST THE STATE OF SOUTH DAKOTA, NOR DOES IT CONSTITUTE A NOTICE OF INJURY PURSUANT TO SDCL ch. 3-21.

**ATTACH ADDITIONAL SHEETS FOR MORE INFORMATION**

ORM Use Only
Submitted to Claims Assoc ☐ Yes ☐ No          EXHIBIT D
Date Submitted:                               9-4                              Revised 12/06