UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

JASON DUNKELBERGER,               )
                                  )        Civil no. 4:20-cv-04086-LLP
        Plaintiff,                )
                                  )
vs.                               )        MOTION FOR RECONSIDERATION
                                  )        OF SUMMARY JUDGENT   AWARD
JOHN STORY, et. al.,              )
                                  )
        Defendants.               )

    COMES NOW, Jason Dunkelberger, Plaintiff in the above
captioned matter, and requests that this court Reconsider its
grant of Summary Judgemnt in this action. Plaintiff bases his
request on the following:

    A genuine issue of material facts exists in the case, as
explained in the following numbered paragraphs:
    1. Plaintiff and Defendants disagree on the fact that the
       signs in question were not in place on the day of the
       accident. Defendants make no positive showing of the
       signs being in place other than a photo taken in August.
       Plaintiff was unable to obtain witness affidavits from
       past or current employees, and unable to depose witnesses.
       Plaintiif disputes that the signs were posted on the
       day of the accident.
    2. Defendants say they were unaware of plaintiff using the
       shear, but it would be impossible for them not to know
       since the shear is less than 20 feet from the supervisors
       office, which has windows that look onto the shop floor.
    3. Defendants admit that they added a warning label after
       the incident, which clearly shows they knew there was
       danger, but had done nothing to fix it. The supervisors
       are clearly not concerned with inmate safety, or that
       label would have been added long ago.
    4. It should always be the responsibility of supervisors
       to train employees on the use of dangerous equipment,
       and should never be left to an inmate. That machine is
       likely world war II vintage, like most of the machines
       in the machine shop, and even experienced metal craft
       workers would not be familiar with the operation of such a
       relic.
    5. The court should also be aware that this happened in
       prison setting, and it is not akin to the "free world"
       when it comes to completing assignments, inmates are
       told what to do, and if they want to keep their job,

1.

they will finish the task they were given, sometimes under duress, (Ambrose v. Young), where an inmate lost his life doing what he was told.

The South Dakota department of Corrections has a long standing lack of concern for inmate safety,and has caused many undue injuries through their callous indifference. It is their responsibility to provide protection and safety for the inmates under their care. Failure to protect an inmate from the dangers of a machine shop, and even an inmates own lack of knowledge, is actionable under the Eighth Amendment to the United States Constitution. This court has long turned a blind eye to the antics and failures of the South Dakota Department of Corrections, and these injury incidents continue to happen.

Plaintiff requests that this court reconsider its award of summary judgment to the defendants, and allow petitioner to have his day in court. The actions of the D.O.C. are those of an insolent child, and they coming to light more and more in the news, and through their employees. It is time to make the South Dakota prison system a safer place.

Respectfully submitted this ___2___ day of ___August___ , 2022.


_____
Jason Dunkelberger, Petitioner



_Kelly L. Tjeerdsma_

My Commission Expires Oct. 5, 2024

KELLY L. TJEERDSMA
SEAL  NOTARY PUBLIC  SEAL
SOUTH DAKOTA

2.

JASON Dankelbarger #21359

DEPARTMENT OF CORRECTIONS
MIKE DURFEE STATE PRISON
1412 Wood Street
Springfield, SD 57062
*Address Service Requested*

quadient
FIRST-CLASS MAIL
IMI
$000.57
08/03/2022 ZIP 57062
043M30214236
US POSTAGE

united States District Court
District of South DAkota
office of the clerk
400 South Phillips Avenue
Sioux Falls SD 57104

LEGAL MAIL

5710486851 CO33

X-RAYED BY
SOUTH DAKOTA
CSO